IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VALENCI'A QUEST, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:04cv977-MHT |
| | ) | (WO) |
| ALABAMA HOUSE OF | ) | |
| REPRESENTATIVES, | ) | |
| | ) | |
|     Defendant. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion for summary judgment (Doc. No. 27), filed by defendant Alabama House of Representatives, is granted.

(2) Judgment is entered in favor of defendant Alabama House of Representatives and against Plaintiff Valenci'a Quest, with plaintiff Quest taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Quest, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of May, 2006.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE